■ In the Matter of FRED C. PATRICELLI, Respondent, v THOMAS J. MONAHAN, JR., et al., Constituting the Board of Elections of the County of Rensselaer, et al., Respondents, and MARTIN E. CORNMAN et al., Conservative Party Candidates in the Town of East Greenbush, Appellants.—Appeal from a judgment of the Supreme Court at Special Term, entered October 20, 1975 in Rensselaer County, which, in a proceeding pursuant to section 330 of the Election Law, granted petitioner's application to invalidate the nominations of the Conservative Party of the Town of East Greenbush for certain town offices to be voted on at the general election on November 4, 1975. Judgment affirmed, without costs, on the opinion of Pitt, J., at Special Term. Greenblott, J. P., Sweeney, Kane, Larkin and Reynolds, JJ., concur.

### (October 23, 1975)

■ 121-129 BROADWAY REALTY, INC., Doing Business as STANDARD FURNITURE RENTALS, et al., Petitioners, v NEW YORK STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Motion for reargument granted, without costs, and appeal restored to the calendar for the term commencing November 17, 1975. Herlihy, P. J., Sweeney, Kane, Larkin and Reynolds, JJ., concur.